USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DANIEL KANE, JR., OSCAR GONZALES,
CHARLES MACHADIO, RICHARD BYLOTT,
MYRA GORDON and VINCENT PACIFO as
Trustees of the United Teamster Fund and as
Trustees of the United Teamster Pension Fund "A"

        Plaintiffs,

  -against-

KOREAN FARM CORP. and KI WHAM SONG,

        Defendants.

------------------------------------------------------------x

09 Civ. 10055 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

  A pretrial conference having been held today with all parties present, IT IS HEREBY ORDERED that the last date for discovery shall be June 11, 2010, and the next pretrial conference in this action shall be on April 30, 2010 at 10 a.m. unless a stipulation of settlement has been submitted by the parties before that date.

Dated: New York, New York
   April 16, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.